# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW MORGAN, | No. 4:21-CV-00533 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ALLISON CRANE & RIGGING LLC *d/b/a Allison Crane & Rigging*, | |
| Defendant. | |

## ORDER

### APRIL 18, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion for summary judgment (Doc. 34) is **GRANTED**;

2. Final Judgment is entered in favor of Defendant and against Plaintiff; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge