IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW MORGAN, | No. 4:21-CV-00533 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ALLISON CRANE & RIGGING LLC d/b/a ALLISON CRANE & RIGGING, | |
| Defendant. | |

## ORDER

**JUNE 3, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Allison Crane & Rigging LLC's Second Motion for Summary Judgment (Doc. 65) is **DENIED** and

2. A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge